**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 22-05639 |
| Freddie Maxine Williams | ) | |
| | ) | HON. Timothy A. Barnes |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |

## NOTICE OF MOTION

TO:   Office of the U.S. Trustee, 219 South Dearborn, Suite 873, Chicago, IL 60604, served via electronic court notification;

Chapter 7 Trustee, Aja M Carr Favors, P.O. Box 395 Oak Lawn, IL 60453, served via electronic court notification;
See attached Service List, served via U.S. Mail.

PLEASE TAKE NOTICE that on July 20, 2022 at 9:00 a.m., I will appear before the Honorable Judge Timothy A. Barnes or any judge sitting in that judge's place, and present the Debtor's Motion to Convert the Current Chapter 7 Case to a Chapter 13 Case, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance at the courthouse is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link:  https://www.zoomgov.com/   Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 329 5276 and the password is 433658. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

          By: David H. Cutler
             Counsel for Debtor
             Cutler & Associates, Ltd.
             4131 Main St.
             Skokie, IL 60076
             Phone: (847) 673-8600
             cutlerfilings@gmail.com

## **CERTIFICATE OF SERVICE**

   I, David H. Cutler, hereby certify that I served a copy of this notice and the attached motion electronically or through U.S. Mail on each entity shown on the attached list at the address shown on the list on July 6, 2022 by 7:30 p.m.

          By: /s/ David H. Cutler
             David H. Cutler, esq.
             Counsel for Debtor
             Cutler & Associates, Ltd.
             4131 Main St.
             Skokie, IL 60076
             Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No.: 22-05639 |
| Freddie Maxine Williams ) | |
| ) | Chapter 7 |
| ) | |
| Debtor(s) ) | Judge Timothy A. Barnes |

DEBTOR'S MOTION TO CONVERT CASE FROM A CHAPTER 7 TO A CHAPTER 13

NOW COMES, the Chapter 7 Debtor, Freddie Maxine Williams, by and through her attorneys, Cutler and Associates, Ltd., and respectfully requests that this Court convert this Chapter 7 case to a Chapter 13 case, and in support thereof would show the Court as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 7 on May 17, 2022.

2. That this case has not yet been converted under 11 U.S.C. §§ 1112, 1208, or 1307.

3. That the Debtor requests that her Chapter 7 case be converted to a Chapter 13 case.

WHEREFORE, the Debtor prays for the following relief:

A. That this Court enter an order converting the Debtor's Chapter 7 case to a Chapter 13 pursuant to 11 U.S.C. §§ 1112, 1208, or 1307; and

B. For such other and further relief as this Court deems equitable and just.

RESPECTFULLY SUBMITTED,

/s/ David H. Cutler
David H. Cutler, ESQ
Counsel for the Debtor
Cutler and Associates, Ltd.
4131 Main St.,
Skokie, IL 60076
(847) 673-8600