```
Label Matrix for local noticing        PRA Receivables Management, LLC        U.S. Bankruptcy Court
0752-1                                 PO Box 41021                           Eastern Division
Case 22-05639                          Norfolk, VA 23541-1021                 219 S Dearborn
Northern District of Illinois                                                 7th Floor
Eastern Division                                                              Chicago, IL 60604-1702
Wed Jul  6 18:32:20 CDT 2022

Ashro                                  Citi/Sears                             Credit Management LP
Attn: Bankruptcy                       Citibank/Centralized Bankruptcy        6080 Tennyson Parkway
1112 7th Ave                           Po Box 790034                          Suite 100
Monroe, WI 53566-1364                  St Louis, MO 63179-0034                Plano, TX 75024-6002


I C System                             Midland Funding, LLC                   Select Portfolio Servicing, Inc
Attn: Bankruptcy                       Attn: Bankruptcy                       Attn: Bankruptcy
444 Highway 96 East                    Po Box 939069                          Po Box 65250
Saint Paul, MN 55127-2557              San Diego, CA 92193-9069               Salt Lake City, UT 84165-0250


Synchrony Bank                         Aja M Carr Favors                      David H Cutler
c/o PRA Receivables Management, LLC    Chapter 7 Trustee                      Cutler & Associates, Ltd.
PO Box 41021                           P.O. Box 395                           4131 Main St.
Norfolk, VA 23541-1021                 Oak Lawn, IL 60454-0395                Skokie, IL 60076-2780


Freddie Maxine Williams                Patrick S Layng
8116 S Everhart, Apt 1                 Office of the U.S. Trustee, Region 11
Chicago, IL 60619-4908                 219 S Dearborn St
                                       Room 873
                                       Chicago, IL 60604-2027
```

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)U.S. Bank NA, successor trustee to Bank of      (u)Todd Williams                       End of Label Matrix
                                                                                          Mailable recipients    13
                                                                                          Bypassed recipients     2
                                                                                          Total                  15
```